UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOEL JEANNITE

    Plaintiff,

    v.                                                               C.A. No. 23-11989-LTS

AMANDA BUTLER

    Defendant.

## ORDER OF DISMISSAL

Sorokin, D.J.

    In accordance with the Court's Electronic Order dated September 26, 2023 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED WITHOUT PREJUDICE.

                                                          By the Court,

Dated: 09/26/2023                        /s/ Kellyann Belmont
                                                          Deputy Clerk